**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE RAYMOND P. MOORE**

| | |
|---|---|
| Courtroom Deputy:  Cathy Pearson | Date:  March 31, 2016 |
| Court Reporter:  Tammy Hoffschildt | Interpreter:  n/a |
| Probation Officer:  Melissa Roberts | |

## CASE NO.   15-cr-00385-RM

Parties                                                                Counsel

UNITED STATES OF AMERICA,                          J. Chris Larson

      Plaintiff,

v.

1.  JOHN MAGOMBO,                                        Brian Leedy

      Defendant.

---

## COURTROOM MINUTES

**SENTENCING HEARING**
**COURT IN SESSION:     10:01 a.m.**
Appearances of counsel.    Defendant is present and in custody.

Defendant entered his plea on December 17, 2015, to Count 1 of the Indictment.   The Court formally accepts the Plea Agreement at this hearing.

Discussion held regarding pending motions and objections.

The Government orally moves that the defendant receive the third point for acceptance of responsibility.

**ORDERED:**   The Government's oral motion for the third point for acceptance of responsibility is GRANTED as stated on the record.

**ORDERED:**   The Government's Motion for a Sentencing Reduction Pursuant to U.S.S.G. 5K1.1 (Doc. 36) is GRANTED as stated on the record.

Discussion held and argument given regarding Defendant's Motion for a Variant Sentence (Doc. 35).

Court's findings.

**ORDERED:**   Defendant's Motion for a Variant Sentence (Doc. 35) is DENIED as stated on the record.

Counsel for the Government addresses the Court regarding sentencing.

Defendant's counsel makes a statement on behalf of the defendant, offers information in mitigation of punishment, and comments on matters relating to the appropriate sentence.

Defendant addresses the Court regarding sentencing.

Statement by the Court regarding Defendant's offense level, criminal history level, and sentencing guidelines range.

Court states its findings and conclusions.

**ORDERED:**   Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant, JOHN MAGOMBO, is hereby committed to the custody of the Bureau of Prisons to be **imprisoned** for a term of **24 months.**

Court RECOMMENDS that the Bureau of Prisons place the defendant at an appropriate level facility within the District of Arizona .

**ORDERED:**   Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **three (3) years.**

**ORDERED:   Mandatory Conditions** of Supervised Release that:
- (**X**)   Within 72 hours of release from the custody of the Bureau of Prisons, Defendant shall report in person to the probation office in the district to which the defendant is released.
- (**X**)   Defendant shall not commit another federal, state or local crime.
- (**X**)   Defendant shall not illegally possess controlled substances.
- (**X**)   Defendant shall not possess a firearm, ammunition, or destructive device.
- (**X**)   Defendant shall comply with standard conditions recommended by U.S. Sentencing Commission.
- (**X**)   Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.
- (**X**)   Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.

**ORDERED:**   **Special Conditions** of Supervised Release that:
- (**X**)   Defendant shall participate in and successfully complete a program of testing and/or treatment for substance abuse as directed by the probation officer until such time as defendant is released from the program by the probation officer.   Defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment.   Defendant will be required to pay the cost of treatment as directed by the probation officer.
- (**X**)   Defendant shall comply with the terms and conditions for payment of the special assessment, restitution or fine imposed by this judgment.
- (**X**)   Defendant shall pay any **special assessment, restitution, fine** that is imposed by this judgment, and that remains unpaid at the commencement of the term of supervised release.
- (**X**)   Defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer, unless the defendant is in compliance with the installment payment schedule.
- (**X**)   As directed by the probation officer, Defendant shall apply any monies received from income tax refunds, lottery winnings, inheritances, judgments, and any anticipated or unexpected financial gains to the outstanding court-ordered financial obligation in this case.
- (**X**)   All employment for the defendant shall be approved in advance by the supervising probation officer.
- (**X**)   If Defendant is deported, he shall not re-enter the United States illegally.   If Defendant re-enters the United States legally, he is to report to the nearest U.S. Probation Office within 72 hours of his return.

**ORDERED:**   Defendant shall pay **$100** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED:**   **No fine** is imposed, because defendant has no ability to pay a fine.

**ORDERED:**   Defendant shall make **restitution** as follows:   $600,000.00 to Envision Healthcare, 6200 S. Syracuse Way, Ste. 200, Greenwood Village, CO 80111.   This restitution obligation shall be joint and several with any restitution obligation subsequently ordered by the Court with respect to James Mwaniki in USDC case number 16-cr-00009-RM.

**ORDERED:**   Interest on restitution is waived, because the defendant has no ability to pay the interest.

The Court finds, pursuant to 18 U.S.C. § 3663A(c)(3)(B), that determining complex issues of fact related to the cause or amount of the victims' losses would complicate or prolong the sentencing process to a degree that the need to provide restitution to any victim is outweighed by the burden on the sentencing process.

Defendant advised of right to appeal.

**ORDERED:**  Any notice of appeal must be filed within 14 days.

**ORDERED:**  Defendant is REMANDED to the custody of the U.S. Marshal.

**Court in recess:**    **11:19 a.m.**
Hearing concluded.
Total time:            1:18